UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELMIS LEONEL ZUNIGA
ALVAREZ,

       Petitioner,

    v.

                           Case No. 2:26-cv-1421-KCD-NPM

MARKWAYNE MULLIN, TODD
BLANCHE, GARRET RIPA, TODD
LYONS, MATTHEW MORDANT,
CHARLES PARRA, SIRCE OWEN,

       Respondents.

_____/

## ORDER

Petitioner Elmis Leonel Zuniga Alvarez is a citizen of Honduras currently detained by U.S. Immigration and Customs Enforcement ("ICE"). He asks this Court to release him, arguing that his detention without a bond hearing violates the Immigration and Nationality Act and the Fifth Amendment. (Docs. 1.)[1] As for relief, he seeks immediate release from custody or, alternatively, a bond hearing under 8 U.S.C. § 1226(a). (Doc. 1 at 11.)

Since filing the petition, an immigration judge granted Alvarez a $4,000 bond, and he waived his right to appeal that order. (Doc. 10-2.) Given

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

these developments, the Government argues that the case is now moot and can be dismissed. (Doc. 10.) The Court agrees, and here is why.

Article III of the Constitution limits federal courts to resolving actual, ongoing controversies. We do not issue advisory opinions, and we do not keep cases on the docket when the underlying dispute has evaporated. *See Al Najjar v. Ashcroft*, 273 F.3d 1330, 1335 (11th Cir. 2001). When Alvarez filed his petition, his only grievance was that he had been locked up with no mechanism for release. (Doc. 1.) The Government has since afforded Alvarez the very opportunity to contest his detention that he asked this Court to provide—and he has been released. (Doc. 10-2.) He has thus received process, and his request was granted.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. The Clerk of Court is directed to enter judgment, terminate any pending motions, and **CLOSE** this case.

**ORDERED** in Fort Myers, Florida on May 28, 2026.

Kyle C. Dudek
United States District Judge